IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT H. HUDSON | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 1:06cv606-MHT |
| SHAW ENVIRONMENTAL AND | ) | (WO) |
| INFRASTRUCTURE, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Shaw Environmental and Infrastructure, Inc.'s motion for summary judgment (doc. no. 30) is granted.

(2) Judgment is entered in favor of defendant Shaw Environmental and Infrastructure, Inc., and against plaintiff Robert H. Hudson, with plaintiff Hudson taking nothing by his claims.

It is further ORDERED that costs are taxed against plaintiff Hudson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of May, 2007.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**